ALEXANDER TOOTH, Respondent, v. CATHERINE SIPP, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.